[No. 18786-1-III.     Division Three.     February 1, 2000.]

*In the Matter of the Personal Restraint of* MARVIN G. LANGTON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18015-8-III.     Division Three.     February 3, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WALTER DROTT, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 98-1-00027-3, Wallis W. Friel, J., entered November 10, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 22649-9-II.     Division Two.     February 4, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. HECTOR PORTILLO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02525-9, Grant L. Anderson, J., entered October 29, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23400-9-II.     Division Two.     February 4, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES B. AYLER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05201-9, Rudolph J. Tollefson, J., entered June 4, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Morgan, J.